United States District Court

Eastern District of California

Danny J. Cohea,

      Plaintiff,            No. Civ. S 00-2799 FCD PAN P

  vs.                            Order

Cheryl Pliler, et al.

      Defendants.

-oOo-

    April 12, 2005, defendants moved for summary judgment. The motion includes a proof of service at plaintiff's record address. He has not opposed.

    Within 10 days, plaintiff shall oppose summary judgment or inform the court he is not opposed to granting of the motion.

    So ordered.

    Dated: May 19, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge