IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                                  No. CIV S-00-2799 FCD PAN P

    vs.

CHERYL K. PLILER, Warden, et al.,

    Defendants.                             <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2005, plaintiff filed an ex parte request for a court order requiring defendants to return his legal materials to him.[1] Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to serve a copy of plaintiff's March 10, 2006 motion on counsel for defendants; and

/////

/////

/////

---

[1] Plaintiff did not serve his request on defendants and asserts that he was unable to do so because the address for service is contained in legal materials that are the subject of the request.

1

2. Within ten days from the date of this order defendants shall file and serve a response to plaintiff's March 10, 2006 request.

DATED: March 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
cohe2799.lmr