IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                    No. CIV S-00-2799 FCD PAN P

    vs.

CHERYL K. PLILER, WARDEN, et al.,

    Defendants.            <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 8, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed March 8, 2006 are adopted in full;

2. Defendants' April 12, 2005 motion to dismiss is granted in part and denied in part, as follows:

   a. The motion to dismiss plaintiff's claims against defendants Pliler, M.A. Michaels, Colvin, R. Yamamoto, V. Rendon and D. Akins for failure to exhaust available administrative remedies is denied;

   b. The motion to dismiss plaintiff's claim that defendant Adcock falsely accused plaintiff of misconduct and conspired with others to violate due process for failure to exhaust available administrative remedies is granted and said claim is dismissed without prejudice;

   c. The motion to dismiss this action as time-barred is denied;

   d. Defendant Pliler's Rule 12(b)(6) motion to dismiss for failure to state a claim is granted;

   e. The motion to dismiss plaintiff's due process claims is denied;

   f. Plaintiff's conspiracy claims are dismissed with leave to amend; and

7. Within ten days from the date of this order defendants shall file and serve an answer to the July 11, 2003 second amended complaint.

DATED:March 30, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge