IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                         No. CIV S-00-2799 FCD PAN P

    vs.

CHERYL K. PLILER, WARDEN, et al.,

    Defendants.                 ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's second amended complaint, filed July 11, 2003. Plaintiff names twenty defendants in the second amended complaint. Therein, he claims that defendant Pliler interfered with his constitutional right of access to the courts, that several defendants retaliated against him, that all defendants except defendant Pliler engaged in various conspiracies against plaintiff; and that two defendants violated plaintiff's right to due process. Claims of conspiracy are the only claims raised against defendants McCargar, Baughman, White, Sims, Sanders, Rosario, Adcock and Hill.[1]

---

[1] In addition to conspiracy claims, plaintiff raises retaliation claims against defendants Colvin, Scarsella, Rendon, Michaels, Yamamoto, Akin, Flory, Scogin, and Kelley, and plaintiff raises a due process claim against defendants Adams and Gold.

1

By order filed March 31, 2006, defendant Pliler's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) was granted. In the same order, plaintiff's claim against defendant Adcock was dismissed without prejudice for failure to exhaust administrative remedies prior to suit. In addition, the court dismissed all of plaintiff's conspiracy claims with leave to amend. More than four months have passed since the March 31, 2006 order was filed and plaintiff has not filed a proposed third amended complaint or otherwise sought to cure the deficiencies in the conspiracy claims dismissed by the March 31, 2006 order.

Since the non-cognizable conspiracy claims are the only claims raised against defendants Colvin, Scarsella, Rendon, Michaels, Yamamoto, Akin, Flory, Scogin and Kelley, either these defendants should be dismissed from this action or plaintiff should move to file an amended complaint which corrects the deficiencies of the present complaint concerning these defendants.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days plaintiff shall move to amend the complaint currently on file to state cognizable claims against defendants Colvin, Scarsella, Rendon, Michaels, Yamamoto, Akin, Flory, Scogin, and Kelley. Plaintiff shall file with this motion a proposed amended complaint. The proposed complaint shall be complete in itself without reference to any previous document on file in this case; and

2. If the motion to amend and the proposed amendment are not filed within thirty days from the date of this order, findings and recommendations shall issue recommending that defendants Colvin, Scarsella, Rendon, Michaels, Yamamoto, Akin, Flory, Scogin, and Kelley be dismissed from this action.

DATED: August 17, 2006.

UNITED STATES MAGISTRATE JUDGE

12
cohe2799.dmdf