IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

      Plaintiff,                                  No. CIV S-00-2799 FCD EFB P

      vs.

CHERYL K. PLILER, Warden,             ORDER
et al.,

      Defendants.
_____/

      Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.

      On November 16, 2006, the court granted plaintiff fifteen days in which to file a motion to amend the complaint and proposed third amended complaint. On December 8, 2006, when no motion to amend or proposed amended complaint was received, the court issued findings and recommendations recommending that defendants McCargar, Baughman, White, Sims, Sanders, Rosario, and Hill be dismissed from this action.

      On December 26, 2006, plaintiff filed objections. Attached to his objections are copies of plaintiff's motion to amend and his proposed third amended complaint. Also attached is a copy of plaintiff's trust account statement for the period of June 1, 2006, through November 28, 2006, showing holds for the cost of mailing pleadings to the court, one of which, plaintiff

1  contends, was his timely motion to amend and proposed amended complaint. Based upon the
2  showing in plaintiff's objections, the December 8, 2006, findings and recommendations are
3  VACATED.
4      The court will screen the proposed third amended complaint by separate order.[1]
5  Dated: February 27, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes in passing that defendants' filed an opposition to plaintiff's motion to amend on January 8, 2007. That opposition contends that plaintiff's motion and amended complaint exceed the scope of the court's September 20, 2006, order.

2