IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

      Plaintiff,                    No. CIV S-00-2799 FCD EFB P

     vs.

CHERYL K. PLILER, WARDEN, et al.,

      Defendants.              <u>ORDER</u>

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a response to plaintiff's request for judicial intervention. *See* Fed. R. Civ. P. 6(b).

      Defendants' December 20, 2007, request is granted and defendants have 20 days from the date this order is served to file and serve their response.

      So ordered.

Dated: January 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE