IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

        Plaintiff,                     No. CIV S-00-2799 FCD EFB P

    vs.

CHERYL K. PLILER, Warden, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 13, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed March 13, 2009, are adopted in full;

2. Defendants' December 20, 2007 motion to dismiss the claims against defendants Flory, Hill, Kelly, Rosario, Saunders, Scogin, Sims and White, is GRANTED;

3. Plaintiff's January 14, 2008 motion for reconsideration, filed with his brief in opposition to the motion to dismiss, is DENIED;

4. Plaintiff's December 28, 2007 motion for a temporary restraining order is DENIED; and

5. Plaintiff's February 11, 2008 and February 25, 2008 requests are DENIED.

DATED: March 30, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE