IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

     Plaintiff,　　　　　　　　No. CIV S-00-2799 FCD EFB P

   vs.

CHERYL K. PLIER,

     Defendants.　　　　　　　<u>ORDER</u>

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff moves to compel defendants to respond to his requests for production of documents and seeks monetary sanctions. *See* Fed. R. Civ. P. 37(a)(3)(B)(iv), (b). Defendants oppose. Plaintiff served his discovery request on defendants on July 15, 2009. Pl's Mot. to Comp. at 1, Ex. A. The deadline for serving discovery requests, such as requests for production, was June 8, 2009. Apr. 27, 2009 Order at 4. The court noted this deadline in its July 10, 2009 order denying plaintiff's request to modify the scheduling order. Since plaintiff did not timely serve his discovery request, and failed to show good cause to modify the scheduling order, his motion must be denied.

////

////

1

1    Accordingly, it hereby is ORDERED that plaintiff's August 5, 2009 motion to compel is
2 denied.
3 Dated: August 19, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2