IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                  No. CIV S-00-2799 FCD EFB P

    vs.

CHERYL K. PLILER, et al.,

    Defendants.          <u>ORDER</u>

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants' November 6, 2009 request for a stay of the summary judgment deadline and plaintiff's opposition thereto were considered by the court, and good cause appearing, IT IS ORDERED that the deadline for defendants to file their motion for summary judgment is stayed pending defendants' filing of their motion for terminating sanctions, and resolution of that motion.

Dated: December 1, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE