IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

     Plaintiff,                    No. CIV S-00-2799 FCD EFB P

    vs.

CHERYL K. PLILER, et al.,

     Defendants.          ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 1, 2009, the court granted defendants' request to stay the summary judgment deadline pending the court's resolution of defendants' motion for terminating sanctions. Dckt. No. 195. On March 24, 2011, the assigned district judge adopted the undersigned's findings and recommendations and denied defendants' motion. *See* Dckt. Nos. 199, 200.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The stay of the summary judgment deadline is lifted.

      2. Dispositive motions shall be filed on or before April 29, 2011. Motions shall be briefed in accordance with paragraph 7 of the order filed September 23, 2003.

////

1

3. Defendants' March 28, 2011 motions for summary judgment and to declare plaintiff a vexatious litigant are deemed timely filed.

4. The court will schedule pretrial proceedings, if necessary, upon the resolution of all pretrial motions.

DATED: April 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE