RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815
Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
Shanan L. Hewitt, SBN 200168
Kelly A. Yokley, SBN 192015
Tel: 916-922-1200 Fax: 916-922-1303

Attorneys for Defendant
Stephen L. Scarsella

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY JAMES COHEA,<br>Plaintiff,<br>vs.<br>CHERYL K. PLILER, WARDEN, et al.,<br>Defendants. | Case No. 2:00-cv-02799-GEB-EFB<br>**SUBSTITUTION OF COUNSEL** |

BY OUR SIGNATURES BELOW, it is hereby mutually agreed that JONATHAN B. PAUL of RIVERA & ASSOCIATES is substituted in on Case Number 2:00-cv-02799-GEB-EFB, and MICHELLE L. ANGUS, DEPUTY ATTORNEY GENERAL, is substituted out of said case, as attorney of record for Defendant, STEPHEN L. SCARSELLA.

I hereby consent to said substitution.

Dated: 7/17/2014

/s/ Stephen L. Scarsella
(electronic signature approved as of 7/17/2014)
Stephen L. Scarsella

I hereby agree to said substitution.

RIVERA & ASSOCIATES

Dated: 7/17/2014

/s/ Jonathan B. Paul
Jonathan B. Paul

I hereby agree to said substitution. ATTORNEY GENERAL

Dated: 7/17/2014

/s/ Michelle L. Angus
(electronic signature approved as of 7/17/2014)
Michelle L. Angus

IT IS SO ORDERED, this 23rd day of July, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE