1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANNY JAMES COHEA,                        No.  2:00-cv-2799-GEB-EFB P

12              Plaintiff,

13         v.                                  ORDER

14   CHERYL K. PLILER, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On February 18, 2015, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23   objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and by

27   proper analysis.

28   /////

                                                  1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed February 18, 2015, are adopted in full; and

3     2. Plaintiff's "request for order on obstruction of justice related to obstruction of court

4 order(s)" (ECF No. 252) is denied without prejudice.

5     So ordered.

6 Dated:  April 24, 2015

7

8     _____

9     GARLAND E. BURRELL, JR.
      Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2