UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA,<br><br>    Plaintiff,<br><br>    v.<br><br>J. COLVIN, D. McCARGAR, S.L. BAUGHMAN, M.A. MICHEELS, R YAMAMOTO, SD AKIN, D. ADAMS, and A GOLD,<br><br>    Defendants. | No.  2:00-cv-02799-GEB-EFB<br><br>**ORDER** |

On June 8, 2015, Plaintiff filed an Objection to the Court's May 22, 2015 Order (Supplement to February 20, 2015 Pretrial Order), in which he "objects to any requirements of Plaintiff set forth in [that] order[,]" stating "Plaintiff ha[s] not been served" with the order. (Pl.'s Obj. 2, ECF No. 287.) Plaintiff contends "he cannot comply with a court's order that . . . has not [been] supplied to Plaintiff." (Id.)

In light of Plaintiff's representation that he has not received a copy of the May 22, 2015 Order, the Clerk's Office shall serve Plaintiff with a copy of that order, (ECF No. 270). Further, should Plaintiff object to the provisions prescribed in paragraph 2 on page 4 of that Order, he shall file written

1

objections thereto no later than June 22, 2015. Any response to an objection shall be filed no later than June 29, 2015.

Dated: June 10, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge