UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY J. COHEA, | No. 2:00-cv-2799-GEB-EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CHERYL K. PLILER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2015, the magistrate judge filed an Order and Findings and Recommendations herein, (ECF No. 293), which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. In a July 16, 2015 filing, Plaintiff objects to the referenced findings and recommendations and appears to request review under Local Rule 303 of the orders issued by the magistrate judge. (ECF No. 309.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed record, the court finds the findings and recommendations to be supported by the record and by proper analysis.

In addition, the court finds that the magistrate judge's orders, issued along with the findings and recommendations on June 25, 2015, were not "clearly erroneous or contrary to law." E.D. Cal. L.R. 303(f). However, the court will grant Plaintiff's request that the court construe the

portion of his May 21, 2015 motion (ECF No. 272) seeking the exclusion of his prison disciplinary records as a motion in limine. The court finds that it cannot evaluate the admissibility of these records on the information provided by Plaintiff, and accordingly denies the in limine motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2015, are adopted in full;

2. Plaintiff's June 1, 2015 motion for a temporary restraining order (ECF No. 275) is denied;

3. Plaintiff's May 21, 2015 request that the court order his prison disciplinary records inadmissible (ECF No. 272) is construed as a motion in limine, and, so construed, is denied without prejudice; and

4. Plaintiff's July 16, 2015 objections (ECF No. 309) are construed in part as a motion for the district judge to review the magistrate judge's June 25, 2015 orders under Local Rule 303, and, so construed, the motion is denied.

Dated: July 27, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge