UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA, | No. 2:00-cv-2799-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CHERYL K. PLILER, et al., | |
| Defendants. | |

On October 13, 2015, plaintiff filed a request for reconsideration of magistrate judge's order filed September 28, 2015 (ECF No. 344), denying plaintiff's motion for leave to proceed in forma pauperis on appeal (ECF No. 342) as unnecessary. ECF No. 347.

Pursuant to E.D. Cal. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 28, 2015 is affirmed. The Clerk of the Court shall terminate docket entry number 347.

Dated: December 17, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge